UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRENDA SEARCY,

       Plaintiff,    :   Case No. 2:19-cv-3124

  -vs-                          Judge Sarah D. Morrison
                                  Magistrate Judge Elizabeth Preston Deavers

GUUAS, LLC d/b/a
HUDSON ROCKMORE, *et al.*,
                                      :

       Defendants.

**ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on April 6, 2020. (ECF No. 8). In that filing, the Magistrate Judge recommended that the Court grant Plaintiff's request to dismiss her claims against Defendant Preston Bradley without prejudice pursuant to Fed. R. Civ. P. 4(m). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 8), **GRANTS** Plaintiff's Motion to the extent she seeks dismissal of Defendant Bradley (ECF No. 6), and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant Bradley. The Clerk is **DIRECTED** to **TERMINATE** Preston Bradley from the docket as a party to this action.

    **IT IS SO ORDERED.**

                                              /s/ Sarah D. Morrison
                                              SARAH D. MORRISON
                                              UNITED STATES DISTRICT JUDGE